UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

TRISTAN GROGAN,

    Plaintiff,

v.                                                      Case No. 17-12736

MERCHANTS & MEDICAL CREDIT,

    Defendant.

_____/

**OPINION AND ORDER REMANDING PLAINTIFF'S CLAIM**

Plaintiff Tristan Grogan filed a complaint in Michigan small claims court seeking $2,000 in damages for Defendant Merchants & Medical Credit's alleged use of false and deceptive means in connection with its debt collection from Plaintiff. (Dkt. # 1, Pg. ID 6.) Defendant was served with the complaint in July 24, 2017 and Defendant filed a notice of removal with this court on August 21, 2017. (Dkt. # 1.) Defendant claims that this court has subject matter jurisdiction; however, upon review of Plaintiff's complaint, the court was inclined to conclude that it lacked subject matter jurisdiction over Plaintiff's claim. (Dkt. # 6.) The court ordered Defendant to show cause by October 27, 2017 for why the action should not be remanded to Michigan state court. (Dkt. # 6.) Having received no response from Defendant in the time allotted by the order,

IT IS ORDERED that Plaintiff's complaint is REMANDED to 71A District Court located in Lapeer, Michigan.

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: November 2, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 2, 2017, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

s/Cleland/judgesdesk/c2orders/17-12736.Grogan.RemandState2.aju