UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN


Tristan Grogan,

                    Plaintiff(s),

v.                                                    Case No. 2:17–cv–12736–RHC–RSW
                                                      Hon. Robert H. Cleland

Merchants & Medical Credit,

                    Defendant(s),

_____


## NOTICE OF REMAND

TO:  71A District Court


    Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

    Please acknowledge receipt of these documents by returning a time–stamped copy of this Notice to:

                    Clerk's Office
                    U.S. District Court for the Eastern District of Michigan
                    231 W. Lafayette Boulevard, 5th Floor
                    Detroit, Michigan  48226
                    (313) 234–5005


### Certificate of Service

    I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                        DAVID J. WEAVER, CLERK OF COURT


                                        By: s/D. Peruski_____
                                            Deputy Clerk

Dated:   November 2, 2017